FILED
FEB 24 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARK OWEN BRATEN,

        Plaintiff,

    v.

WASHINGTON CO. ADMINISTRATION,
and WASHINGTON CO. SHERIFF'S DEPT.,

        Defendants.

Civil No. 11-186-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, with prejudice.

    DATED this 23rd day of February, 2011.

                                  /s/ Anna J. Brown
                                  ANNA J. BROWN
                                  United States District Judge

F:\Share\Brown-LawClerks\11-186braten0223judgment.wpd